

# Fourth Court of Appeals
## San Antonio, Texas

February 15, 2022

No. 04-22-00040-CV

**IN RE THE TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:     Patricia O. Alvarez, Justice
               Luz Elena D. Chapa, Justice
               Lori I. Valenzuela, Justice

Following a January 14, 2022 hearing, the trial court signed an order entitled "Permanency Hearing Order After Final Order" (the "January 14 order").[2] Following a January 20, 2022 hearing, the trial court signed an order entitled "Order on Department's Motion to Reconsider/Stay [the January 14 order]" denying the Department's motion.[3]

On January 20, 2022, relator filed a petition for writ of mandamus complaining of the January 14 order. The Department also filed a motion asking this court to stay the January 14 order. On January 28, 2022, relator filed an amended petition for writ of mandamus and an amended motion requesting a stay of the January 14 order, "a stay of further orders regarding the creation of contracts or the payment of funds regarding the child's placement," and "a stay of any contempt proceedings, sanctions, or incarceration of Department representatives."

The ad litem for the child filed a response to the petition on January 24, 2022 and opposes the request for a stay.

---

[1] This proceeding arises out of Cause No. 2017-PA-01702, styled *In the Interest of N.P., A Child*, pending in the 288th Judicial District Court, Bexar County, Texas, the Honorable Mary Lou Alvarez presiding.

[2] The trial court signed the order on February 4, 2022.

[3] The trial court signed the order on February 4, 2022.

We GRANT the motion for temporary emergency relief as follows:

1. The trial court's "Permanency Hearing Order After Final Order" rendered on January 20, 2022 and signed on February 4, 2022 is STAYED pending further order of this court.

2. Any further proceedings regarding the creation of contracts or the payment of funds regarding the child's placement are STAYED pending further order of this court.

3. Any further contempt proceedings, sanctions, or incarceration of Department representatives arising from the underlying suit and any orders to incarcerate Department representatives arising from contempt proceedings in the underlying suit are STAYED pending further order of this court.

It is so **ORDERED** on February 15, 2022.

**PER CURIAM**

Attested to: _____
MICHAEL A. CRUZ, Clerk of Court

